```
                                          FILED
                                          April 18, 2007
                                          CLERK, US DISTRICT COURT
                                          EASTERN DISTRICT OF
                                          CALIFORNIA
                                          DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Mag 07-0120 DAD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| TERRELL JOSEPH MCMASTER, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Terrell Joseph McMaster, Case No. Mag 07-0120 DAD, Charge Title 18 USC § 3606, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- **X** Release on Personal Recognizance

- __ Bail Posted in the Sum of $_____

  - __ Unsecured Appearance Bond

  - __ Appearance Bond with 10% Deposit

  - __ Appearance Bond with Surety

  - __ Corporate Surety Bail Bond

- **X** (Other) _On Supervised Release with additional drug testing conditions._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on April 18, 2007 at 2:15 pm.

By _____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal